UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:04-CR-69-001/LAC

JONATHAN A. THOMPKINS

### FINANCIAL REFERRAL AND ORDER

Regarding refund of funds for:  _X_  Fine, __ Restitution, __ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By:      Jonathan Aaron Tomkins #05894-017   (Payee)
Address:   USP Pollock
           PO Box 2099
           Pollock, LA 71467

Receipt Number   B091008DFLN304CR000069

Date of Receipt    10/28/08

Motion: N/A

Explanation: Jonathan Tompkins' $100.00 special assessment and $800.00 fine were paid in full on 1/16/08.  The Clerk's office received $25.00 on the September 2008 Bureau of Prisons (BOP) reports.  According to the court dockets and financial records, Mr. Tompkins does not owe any additional money.  Requesting authorization to refund the $25.00 overpayment and any other payments we may receive from the BOP for this case.  There may be a timing difference on the BOP stopping payments for this account.

WILLIAM M. McCOOL, Clerk of Court

Prepared by:    *s/Philip Detweiler*
                Philip Detweiler, Financial Specialist          Date:  October 30, 2008

Referred by:    Mary Maloy, Deputy Clerk

### ORDER OF COURT

It is ORDERED this 30th day of October, 2008, that the Clerk refund the identified funds to the payee.

APPROVED____X_____

DENIED_____

                                              *s/L.A. Collier*
                                              LACEY A. COLLIER
                                              SENIOR UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99