IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.: 3:04cr69/LAC/EMT
 3:16cv134/LAC/EMT

JONATHAN AARON TOMPKINS
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 28, 2017 (ECF No. 76). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Tompkins' motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (ECF No. 62) is **DENIED** to the extent he seeks relief

based on the Supreme Court's decision in *Johnson* and otherwise **DISMISSED as untimely**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 22nd day of September, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**